**FILED**

06/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0126

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-24-0126

---

# MEL COOK, LOEY KNAPP, JAMES WALTERS, DAVID MCKINLEY, SUSAN EVANS, PAT GRONINGER, TERRI GRONINGER,

Appellee,

vs.

# BERTA'S FARM, LLC, a Montana Limited Liability Company,

Appellant.

---

On Appeal from the Montana Twenty-First Judicial District Court
Ravalli County, Cause No. DV-41-2017-0000455-OC
Before Hon. Jennifer B. Lint

---

# ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

---

Upon the Unopposed Motion of Defendants/ Appellants Berta's Farm for an extension to file Appellants' Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED Defendants/Appellant Berta's Farm, LLC shall have until July 28, 2024, to file their Opening Brief.

**DATED AND ELECTRONICALLY SIGNED BELOW.**

**Page 1**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 24 2024